UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES - GENERAL

| Case No. | CV 16-5008-DMG (AFMx) | Date | December 20, 2016 |
|---|---|---|---|
| Title | *Linda Poulin v. St. Jude Medical, Inc., et al.* | | |

Present: The Honorable **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| KANE TIEN | NONE PRESENT |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:** IN CHAMBERS - ORDER AND NOTICE TO PARTIES

In light of parties' Stipulation for Dismissal filed on December 16, 2016 [Doc. # 15], the Court hereby **DISMISSES** this action with prejudice. All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.